ACCEPTED
06-15-00024-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 9:15:30 AM
DEBBIE AUTREY
CLERK

NO. 06-15-00024-CV

**IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 9:15:30 AM
DEBBIE AUTREY
Clerk

_____

MONTY CLAY, ET AL.                                      APPELLANTS

V.

AIG AEROSPACE INS. SERVS., INC., ET AL.          APPELLEES
_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### FILE BRIEF OF APPELLANTS

Appellants, Monty Clay, individually and as next friend of Jacob Clay and Jonathan Clay and as personal representative for the estate of Amy Clay, Lynda Wilson, individually, Brendan Phillips, individually, Dale Phillips, Sr., individually and as the executor and personal representative of the estate of Dale Leighroy Phillips, Jr., and as next friend of Grace Ann Phillips, and Karen B. Phillips, request a thirty (30) day extension of the deadline for filing their brief, pursuant to Tex. R. App. P. 10.

1.     October 5, 2015, is the current deadline for filing Appellants' brief.

2.     A thirty (30) day extension is requested.

3.     The following facts are relied on to reasonably explain the need for an extension. Keith Dollahite (the "attorney") has not had adequate time to review the record, research the law, and prepare a brief.

1

September 4 The attorney received notice that Appellants' brief was due on October 5, 2015

September 5 Saturday.

September 6 Sunday.

September 7 Labor Day holiday recognized.

September 8 The attorney reviewed the record and prepared the Brief of Appellees in another appeal; prepared discovery responses in order to comply with deadlines in a state court case; and prepared closing documents for the sale of corporate stock.

September 9 The attorney reviewed the record and prepared the Brief of Appellees in another appeal; prepared pleadings in order to comply with deadlines in a state court lawsuit; drafted settlement documents in a case in federal court; and prepared closing documents for a complex probate estate and related lawsuits.

September 10 The attorney prepared discovery responses in order to comply with deadlines in a case in state court; and reviewed the record and prepared the Brief of Appellees in another appeal.

September 11 The attorney reviewed the record and prepared the Brief of Appellees in another appeal; prepared pleadings in order to comply with deadlines in a state court lawsuit; drafted settlement documents in a case in federal court; and prepared closing documents for a complex probate estate and related lawsuits.

September 12 Saturday.

September 13 Sunday.

September 14 The attorney reviewed the record and prepared the Brief of Appellees in another appeal; drafted settlement documents in a case in federal court; and prepared closing documents for a complex probate estate and related lawsuits.

| | |
|---|---|
| September 15 | The attorney reviewed the record and prepared the Brief of Appellees in another appeal. |
| September 16 | The attorney prepared closing documents for a complex probate estate and related lawsuits; and met with co-counsel to prepare for trial in a case in state court. |
| September 17 | The attorney reviewed records to produce in discovery and use at trial in a case in state court. |
| September 18 | The attorney reviewed records to produce in discovery and use at trial in a case in state court. |
| September 19 | Saturday. The attorney reviewed records to produce in discovery and use at trial in a case in state court. |
| September 20 | Sunday. The attorney reviewed records to produce in discovery and use at trial in a case in state court. |
| September 21 | The attorney reviewed records to produce in discovery and use at trial in a case in state court. |
| September 22 | The attorney reviewed records to produce in discovery and use at trial in a case in state court; reviewed an arbitration demand and prepared a response; drafted settlement documents in a case in federal court; and prepared closing documents for a complex probate estate and related lawsuits. |
| September 23 | The attorney prepared discovery responses in order to comply with deadlines in a case in state court; reviewed pleadings, tax warrant, and check register in a tax suit; and met with co-counsel and experts to prepare for trial in a case pending in state court. |
| September 24 | The attorney prepared discovery responses and pre-trial disclosures in order to comply with deadlines in a case in state court; reviewed an EEOC charge and prepared a statement of position in response to same; and participated in a conference in a state court case where the attorney is serving as an ad litem. |

September 25       The attorney prepared discovery responses and pre-trial disclosures in order to comply with deadlines and communicated with experts regarding same in a case in state court.

September 26       The attorney reviewed records to produce in discovery and use at trial and prepared pleadings and discovery responses in order to comply with deadlines in a case in state court.

September 27       The attorney reviewed records to produce in discovery and use at trial and prepared pleadings and discovery responses in order to comply with deadlines in a case in state court.

September 28       The attorney reviewed records to produce in discovery and use at trial and prepared pleadings and discovery responses in order to comply with deadlines in a case in state court; drafted settlement documents and conferred with opposing counsel and ad litem in a case in federal court.

September 29       The attorney drafted settlement documents, conferred with opposing counsel and ad litem, prepared for a hearing scheduled for the following day in a case in federal court; met with a client to discuss form contracts for residential construction projects; prepared a non-disclosure agreement for a corporate client; and prepared discovery responses in order to comply with deadlines in a case in state court.

September 30       The attorney prepared for and attended a hearing in Marshall in a case in federal court; and prepared discovery responses and pleadings in order to comply with deadlines in a case in state court, as well as prepared for a hearing scheduled for the following day.

October 1          The attorney prepared for and attended a hearing and prepared discovery responses and pleadings in order to comply with deadlines in a case pending in state court; and reviewed the record and prepared the Brief of Appellees in another appeal.

October 2          The attorney reviewed the record and prepared the Brief of Appellees in another appeal.

October 3          Saturday. The attorney reviewed the record and prepared the Brief of Appellees in another appeal.

October 4          Sunday.   The attorney reviewed the record and prepared  the Brief of Appellees in another appeal.

October 5          The attorney reviewed the record and prepared  the Brief of Appellees in another appeal.

4.       The attorney plans to complete the Appellants' brief  within the thirty (30) days of the current deadline, or November 4, 2015.

5.       This is Appellants' first request for an extension of this deadline.

WHEREFORE, Appellants, Monty Clay, individually and as next friend of Jacob Clay and Jonathan Clay and as personal representative for the estate of Amy Clay, Lynda Wilson, individually, Brendan Phillips, individually, Dale Phillips, Sr., individually and as the executor and personal representative of the estate of Dale Leighroy Phillips, Jr., and as next friend of Grace Ann Phillips, and Karen B. Phillips, request the Court to grant this motion.

Respectfully submitted,

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas  75703
(903) 581-2110
(903) 581-2113  (Facsimile)

/s/ Keith Dollahite

By:_____
M. Keith Dollahite
State Bar No. 05958550

5

## CERTIFICATE OF CONFERENCE

Before filing this motion, Steven D. Sanfelippo, the attorney for Appellees, was contacted about this motion, and he indicated Appellees do not oppose this motion.

/s/ Keith Dollahite

## VERIFICATION

I swear or affirm that the facts stated herein are true and correct.

THE STATE OF TEXAS      §
                         §
COUNTY OF SMITH       §

BEFORE ME, the undersigned official, on this day personally appeared the undersigned affiant, known to me to be the person whose name is subscribed to the foregoing document, and being by me first duly sworn, declared that the statements therein contained are true and correct.

SUBSCRIBED AND SWORN TO before me on October 5, 2015, to certify which witness my hand and seal of office.



JUDITH RICHBOURG-CARNES
Notary Public
STATE OF TEXAS
My Comm. Exp. 07/01/2017

Notary Public, State of Texas
My Commission Expires:_____ 7/01/2017

## CERTIFICATE OF SERVICE

A copy of this document was served by email on all attorneys of record on October 5, 2015.

/s/ Keith Dollahite